Certiorari dismissed, April 26, 2010

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6738**

CHRISTOPHER A. ODOM,

        Plaintiff - Appellant,

    v.

MT. PLEASANT MUNICIPAL COURT,

        Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Patrick Michael Duffy, District
Judge.  (2:08-cv-02660-PMD)

Submitted:  December 17, 2009     Decided:  December 28, 2009

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher A. Odom, Appellant Pro Se. Timothy Alan Domin,
CLAWSON & STAUBES, LLC, Charleston, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher A. Odom appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Odom v. Mt. Pleasant Municipal Court</u>, No. 2:08-cv-02660-PMD (D.S.C. Mar. 31, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>